In the Matter of the Voluntary Dissolution of Warsaw Hotel Company. Albert G. Vosburgh, Appellant; Bankers' Surety Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Petition of Elmer Hall, Respondent, to Drain Certain Lands in the Town of Hartland, Niagara County, N. Y. Charles A. Moltrop and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. John J. Stebbins, Appellant.— Judgment and order affirmed. All concurred.

Oliver Refining Company, Appellant, v. Portsmouth Cotton Oil Refining Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Ella M. Shand, as Administratrix, etc., of William S. Shand, Deceased, Respondent, v. Hudson Valley Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Albert J. Seaton, Respondent, v. Abram G. Brower, Appellant.— Order denying motion to strike out interest reversed, without costs. Judgment modified by striking therefrom the amount of interest allowed, and as so modified affirmed, together with the order denying motion for a new trial upon the minutes, without costs of this appeal to either party.

Orville A. Manzer, Respondent, v. Roscoe C. Smith, Appellant.— Judgment and order affirmed, with costs. All concurred.